AO 91 (Rev 5/85) Criminal Complaint

# United States District Court

Northern DISTRICT OF New York

FILED
NOV 07 2006
AT_____ O'CLOCK
HON. LARRY A. KUDRLE

U.S. MAGISTRATE JUDGE - N.D. OF N.Y.

UNITED STATES OF AMERICA

V.

## CRIMINAL COMPLAINT

Name: Robert BOUTHILLIER
Address: 545 Grande Caroline Lot 220
Rougemont, Quebec JOL1MO
Birthdate: 03-19-1971
(Name and Address of Defendant)

Case Number: 06-M-340 LAK

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 6, 2006 in Clinton county, in the Northern District of New York defendant, Robert BOUTHILLIER, an alien, did attempt to enter the United States by eluding examination or inspection by immigration officers, this being in violation of Title 8 United States Code, Section 1325(a)(2.

I further state that I am a Lead Border Patrol Agent and that this complaint is based on the following facts:

On November 6, 2006, at or about 6:50 PM, U.S. Border Patrol Dispatcher & camera operator Bill Sherman advised Champlain, New York, Border Patrol Agents that via camera he observed a subject walking southbound from Canada toward the U.S. / Canadian International Boundary. Dispatcher Bill Sherman advised agents that the subject (Later identified as BOUTHILLIER, Robert) illegally entered the U.S. by walking across the international boundary from Canada into the U.S. approximately 1/2 mile west of the Champlain, New York, Port of Entry. Agent Lenny Bechard approached the area and encountered BOUTHILLIER, Robert walking in the United States. BOUTHILLIER, Robert observed Agent Bechard and attempted to elude apprehension by running southeast, after a brief chase Agent Bechard apprehend BOUTHILLIER without incident.

November 4, 2006, BOUTHILLIER was encountered at the Port of Entry in Massena, New York walking southbound in the northbound lanes. It was determined BOUTHILLIER had a January 9, 2006, Canadian conviction record for Production of controlled substance & Suspected of trafficking controlled substance. BOUTHILLIER was refused entry into the U.S. and was allowed to withdraw his request for admission into the United States.

Continued on the attached sheet and made a part hereof:  [ ] Yes   [x] No

_____
(Signature of Complainant)

Sworn to before me and subscribed in my presence.

November 7, 2006                             at          TERRY KELLISON
(Date)                                                       Plattsburgh, New York
                                                              (City and State)

Larry Kudrle, U.S. Magistrate                 _____
(Name & Title of Judicial Officer)            (Signature of Judicial Officer)