U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 1 8 2006

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

**ROBERT BOUTHILLIER,**

Defendant.

**INFORMATION**

CRIM. NO. 06-CR- 457 RFT

Vio: 8 U.S.C. § 1325(a)(1)

County of Offense: Clinton

[1 Misdemeanor Count]

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1
entry without inspection

On or about November 6, 2006, within the State and Northern District of New York, the defendant, **ROBERT BOUTHILLIER**, an alien, knowingly and unlawfully entered the United States from Canada, at a point near Champlain, New York, at a time and place other than as designated by immigration officials of the United States for the entrance of immigrants into the United States, in violation of Title 8, United States Code, Section 1325(a)(1).

GLENN T. SUDDABY
UNITED STATES ATTORNEY

BY: _____
EDWARD P. GROGAN
ASSISTANT U.S. ATTORNEY
BAR ROLL # 506388